COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| STEPHEN W. JOHNSON AND REUBEN R. RIOS, | § | No. 08-10-00087-CV |
| | § | Appeal from the |
| Appellants, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| CHELSEA B. ROGERS, | § | (TC# 2003-3672) |
| Appellee. | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellants' unopposed motion for voluntary dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellants. *See* TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

December 8, 2010

Before Chew, C.J., McClure, and Rivera, JJ.
Chew, C.J., not participating